ACCEPTED
05-15-00866-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/10/2015 3:56:43 PM
LISA MATZ
CLERK

NO. 05-15-00866-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

9/10/2015 3:56:43 PM
LISA MATZ
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTH DISTRICT OF TEXAS
## AT DALLAS, TEXAS

## IN RE COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDARY, L.P. D/B/A MEDICAL CENTER ARLINGTON,
### Relator.

### Original Proceeding Arising Out of the
### County Court at Law No. 3, Dallas County, Texas
### Cause No. CC-14-06294-C
### (Hon. Sally L. Montgomery)

### JOINT STATUS REPORT

**TO THE HONORABLE JUSTICES OF THE FIFTH COURT OF APPEALS:**

**COME NOW**, Relator Columbia Medical Center of Arlington Subsidiary, L.P. d/b/a Medical Center of Arlington ("Relator" or "MCA"), and Caden Clark, Individually and as Representative of the Estate of Katina Clark, and as Next Friend of A.O.C. and A.F.C., Minors, ("Real Party" or "Clark") and pursuant to this Court's September 1, 2015 order, file this Joint Status Report.

1. On July 17, 2015, Relator filed this original proceeding moving the court for a writ of mandamus directing the Respondent, the Hon. Sally Montgomery of the County Court at Law No. 3, Dallas County, Texas, to vacate,

in part, her July 6, 2015 rulings and order compelling production of Katina Clark's electronic health records. Relator contemporaneously filed its Emergency Motion for Temporary Relief, asking this Court to stay subpart "a" of Respondent's order.

2. On July 17, 2015, this Court issued its Order granting the Emergency Motion for Temporary Relief and stayed the entirety of subpart "a" of Respondent's July 6, 2015 order.

3. At the July 20, 2015, hearing on Relator's Partial Motion to Reconsider at the trial court, Relator and Real Party advised the trial court that they had resolved the motion to reconsider by agreement, which Relator and Real Party then read into the record.

4. By letter dated July 21, 2015, Relator advised this Court that the parties had reached an agreement regarding the discovery dispute at issue in this original proceeding.

5. On August 18, 2015, the parties submitted to Respondent an Agreed Order memorializing the parties' agreement, requesting that Respondent enter said order.

6. On September 1, 2015, this Court ordered the parties to file a joint status report within ten days advising the Court of the status of this matter.

7. On September 4, 2015, Respondent signed the Agreed Order previously submitted by the parties.

8. Accordingly, because the parties have come to an agreement regarding the discovery dispute in the underlying suit, and have now received the Agreed Order signed and entered by the trial court, Relator is contemporaneously filing its Motion to Dismiss the original proceeding without prejudice.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: /s/Diana L. Faust

    **DIANA L. FAUST**
    diana.faust@cooperscully.com
    State Bar No. 00793717
    **CORY M. SUTKER**
    cory.sutker@cooperscully.com
    Texas Bar No. 24037569
    **KYLE M. BURKE**
    kyle.burke@cooperscully.com
    Texas Bar No. 24073089

900 Jackson, Suite 100
Dallas, Texas 75202
TEL: (214) 712-9500
FAX: (214) 712-9540

**POLSINELLI, P.C.**
**DAVID E. OLESKY**
dolesky@polsinelli.com
State Bar No. 00784696
2501 N. Harwood, Suite 1900
Dallas, Texas 75201
TEL: (214) 397-0030
FAX: (214) 279-8861

**ATTORNEYS FOR RELATOR**

and

By: /s/Jeremy C. Martin
  **JEREMY C. MARTIN**

Mr. Christopher S. Hamilton
chamilton@standlyhamilton.com
Ms. Angela T. Pacheco
apacheco@standlyhamilton.com
Mr. Kevin N. Colquitt
kcolqitt@standlyhamilton.com
Standly Hamilton, LLP
325 N. St. Paul Street, Suite 3300
Dallas, Texas 75201

Mr. Stephen F. Malouf
smalouf@smalouf.com
Mr. Jeremy C. Martin
jmartin@smalouf.com
Malouf & Nockels, LLP
3811 Turtle Creek, Suite 800
Dallas, Texas 75219

**ATTORNEYS FOR REAL PARTY IN INTEREST**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served on the 10th day of September 2015, to the following counsel of record and to Respondent :

Hon. Sally L. Montgomery                                    **VIA FAX (214) 653-6336**
County Court at Law No. 3
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor New Tower
Dallas, Texas 75202
**Respondent**

Mr. Christopher S. Hamilton                                 **VIA EFILE**
chamilton@standlyhamilton.com
Ms. Angela T. Pacheco
apacheco@standlyhamilton.com
Mr. Kevin N. Colquitt
kcolqitt@standlyhamilton.com
Standly Hamilton, LLP
325 N. St. Paul Street, Suite 3300
Dallas, Texas 75201
**Counsel for Real Party in Interest**

Mr. Stephen F. Malouf                                       **VIA EFILE**
smalouf@smalouf.com
Mr. Jeremy C. Martin
jmartin@smalouf.com
Malouf & Nockels, LLP
3811 Turtle Creek, Suite 800
Dallas, Texas 75219
**Co-Counsel for Real Party in Interest**

Mr. Vernon L. Krueger                                      **VIA EFILE**
vernon@kbbllp.com
Mr. Landon L. Krueger
landon@kbbllp.com
Krueger, Bell & Bailey, LLP
1701 N. Market Street, Suite 318, LB 45
Dallas, Texas 75202
**Counsel for Defendants**
**Texas Pulmonary & Critical Care**
**Consultants, P.A., and**
**Ermilo Duane Dilley, M.D.**

Mr. Robert Begert                                          **VIA EFILE**
bbegert@brlaw.com
Ms. Jennifer A. King
jking@brlaw.com
Burford & Ryburn, LLP
3100 Lincoln Plaza
500 North Akard
Dallas, Texas 75201
**Counsel for Defendants**
**Questcare Medical Services, P.A.**
**d/b/a Questcare Partners, and**
**Jared Lee Richardson, M.D.**

Mr. Stan Thiebaud                                          **VIA EFILE**
sthiebaud@trtblaw.com
Mr. Russell G. Thornton
rthornton@trtblaw.com
Thiebaud Remington Thornton Bailey, LLP
Two Energy Square, Suite 1150
4849 Greenville Avenue
Dallas, Texas 75206
**Counsel for Defendants**
**Acute Surgical Care Specialist, PLLC**
**And Jennifer Marye Burris, M.D.**


   /s/Diana L. Faust
   **DIANA L. FAUST**